**FILED**

Dec 16, 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY A. SANCHEZ
(Name of Plaintiff)

P.O. Box 3476
(Address of Plaintiff)

CORCORAN, CA. 93212

vs.

Marina Muro, Ramirez, Perez, J. Nuñez
Ruiz (Four Correctional Officers) and B.
Keyfauver a Correctional Counselor II,
(Names of Defendants)

1:21-cv-01770-EPG (PC)
(Case Number)

COMPLAINT

I. Previous Lawsuits:

   A. Have you brought any other lawsuits while a prisoner:   ☑ Yes   ☐ No

   B. If your answer to A is yes, how many?: __one__ Describe the lawsuit in the space
below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper
using the same outline.) Petition For Writ of Mandate. re: (but not only) non-contact with minors
visiting Restriction in the CDCR (California Department of Corrections and Rehabilitation).

   1. Parties to this previous lawsuit:

   Plaintiff Anthony A. Sanchez an individual prisoner currently incarcerated
in Corcoran California.
   Defendants Stu Sherman Warden of C.SA.TF (California Substance Abuse Treatment
Facility and Kathleen Allison once Director, Secretary of CDCR.

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983          Rev'd 5/99

2. Court (if Federal Court, give name of District; if State Court, give name of County)

Kings County Superior Court, Civil & Family Law Division

3. Docket Number Case No. 20C-0132

4. Name of judge to whom case was assigned Valerie R. Chrissakis

5. Disposition  (For example: Was the case dismissed? Was it appealed? Is it still pending?)
Still pending

6. Approximate date of filing lawsuit  March 3, 2021

7. Approximate date of disposition  N/A

## II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution?  ☑ Yes   ☐ No

B. Have you filed a grievance concerning the facts relating to this complaint?
☑ Yes   ☐ No

If your answer is no, explain why not _____

_____

C. Is the grievance process completed?  ☑ Yes   ☐ No

## III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant  Marina Muro  is employed as a Correction Officer
at Wasco State Prison- Reception Center (WSP/RC)

B. Additional defendants Ramirez, Perez and J. Nunez-Ruiz are all correctional officers at WSP/RC, B. Keyfauver is a Correctional Counselor II and Grievance Coordinator. Plaintiff with complaint has made a request for full names and positions, the California Department of Corrections and Rehabilitation does not and has not provided that information upon written request of all the Defendants.

2

IV.    Statement of Claim

(State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including dates and places.  Do not give any legal arguments or cite any cases or statutes.  Attach extra sheets if necessary.)

Retaliation and ...          "
Conspiracy ...              See Attachment "

V.   Relief.

(State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.)

Deter CDCR employees from violating Constitution and banding together like a gang to commit crimes and:
"See Attachment"

Signed this 22 day of ~~October~~ November , 2021 .

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

10/22/21
(Date)

_____
(Signature of Plaintiff)

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Anthony A. Sanchez,
         Plaintiff,

         v.

Marina Muro, Ramirez, Perez, J.
Nunez-Ruiz, (these) Correctional
Officers) and B. Keyfauver
(Correctional Counselor) at Wasco
State Prison-Reception Center
              Defendants)

Civil Action
No.
COMPLAINT
ATTACHMENT

## I. JURISDICTION & VENUE

1. This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The court has jurisdiction under 28 U.S.C. Section 1331 and 1343(a)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff's claims for injunctive relief are authorized by 28 U.S.C. Section 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure.

2. The Eastern District of California is an appropriate venue under 28 U.S.C. Section 1391(b)(2) because it is where the events giving rise to this claim occured.

## II. PLAINTIFF

3. Plaintiff, Anthony Alex Sanchez, is and was at all times mentioned herein a prisoner of the

10

1  State of California in the custody of the California Department of Corrections and

2  Rehabilitation (CDCR). He is currently confined in California State Prison (CSP) at

3  Corcoran, in Corcoran, California (and was housed at Wasco State Prison prior).

4  III. DEFENDANTS

5  3. Defendant, Marina Muro is a Correctional Officer (C/O) of the California Department

6  of Corrections and Rehabilitation (CDCR) who at all times mentioned in this complaint

7  held the rank of a Correctional Officer and was assigned to Wasco State Prison-

8  Reception Center (WSP/RC), B-Yard.

9  4. Defendant,     Ramirez is a Correctional Officer (C/O) of the CDCR who at all times

10  mentioned in this complaint held the rank of a C/O and was assigned to WSP/RC,

11  B-Yard, building 6 (specifically on April 14, 2021).

12  5. Defendant, Perez   is a Correctional Officer (C/O) of the CDCR who at all times

13  mentioned in this complaint held the rank of a C/O and was assigned to WSP/RC, D-Yard,

14  building 5, (specifically on April 26, 2021).

15  6. Defendant, J Nunez-Ruiz is a Correctional Officer (C/O) of the CDCR who at all times

16  mentioned in this complaint held the rank of a C/O and was assigned to WSP/RC,

17  D-Yard, building 5 (specifically on May 6, 2021)

18  7. Defendant, B. Keyfauver is a Correctional Counselor II (CCII) of the CDCR who at all

19  times mentioned in this complaint held the rank of a CCII working as Grievance

20  Coordinator assigned to WSP/RC.

21  8. Each defendant is sued individually and in his or her official capacity. At all times

22  mentioned in this complaint each defendant acted under the color of state law.

23  IV FACTS

24  9. January 12, 2021 Plaintiff was transferred from Pelican Bay State Prison (PBSP)

25  to Wasco, WSP/RC for a court hearing that derived from a fight with a

26  C/O named Mark Gonzalez (M. Gonzalez) a few years prior. (in 2016).

27  10. January 21, 2021 Plaintiff attended court and returned to be housed

28                                              ii

1  on B-yard building 5 which at the time was quarentine. In quarentine in WSP/R/C
2  you only normally come out of your cell for breakfast and dinner, and
3  phone calls showers on designated days.
4  11. January 23, 2021 at breakfast M Gonzalez as Plaintiff gets breakfast
5  tray says "what's up?!", putting his hands up "... I can't wait to testify."
6  intending to provoke a hostile responce, Plaintiff smiles say's "is that
7  right" and immediately after recieving breakfast returns to cell on
8  the top tier. After breakfast Plaintiff stood in cell for the whole shift.
9  12. Feeling intimidated Plaintiff wrote a 602 Inmate appeal. The appeal box is
10 outside of cell on the outer wall of the floor officers office.
11 13. The following morning Plaintiff is shocked to see Marina Muro by herself
12 in front of his door with hand cuffs, saying "come on!, cuff up!"...
13 14. Marina Muro (Ms. Muro) is one of many c/o's who on November 13, 2016
14 after fighting with M. Gonzalez, stomped and punched Plaintiff as
15 he was hand cuffed faced down on the floor in front of building 6.
16 15. Ms. Muro say's "your going to the hole", Plaintiff is putting on his shoes and
17 grabs 602 inmate appeal. While being escorted out by Ms. Muro an about
18 to past appeal box Plaintiff ask Ms Muro if she could turn in "602" and she
19 takes 602 inmate appeal and puts it in the box.
20 16. Plaintiff asks while being escorted by Ms. Muro an Ms. Muro alone
21 "whats this about?" Ms Muro squeezes Plaintiffs arm an says "you
22 know what its about." Plaintiff says I been disciplinary free over a year now!'
23 17. In Ad-Seg (Administration Segregation) January 24, 2021 upon arrival Plaintiff
24 recieves no notice of reason for placement. The following day a Correctional Captain
25 (for B-yard) sees Plaintiff and after plaintiff explains nothing but good
26 intentions and a desire to program The Captain says "you shouldn't be
27 here long anyway", and releases Plaintif back to B-yard, Reception Center (R/c).
28                                    12

18. Before leaving Ad-Seg on 01/25/21 Plaintiff recieved 114-D (Notice for Placement), and after quarentine in B5 Plaintiff is moved back to B yard building 6. Around this time Plaintiff submitted a GA-22 (Inmate Request for Interview) to Appeal Coordinator

19. Responces to GA-22 requests has been a problem since 2017 (see Exhibit A) where Plaintiff documented it in an appeal then but 01/27/21 Appeals Coordinator's assistant (a women) came to speak to Plaintiff assuring if 602 appeal was turned in on her shift it would be processed but she admitted to not working Sunday.

20. The Assistant advised Plaintiff friday would be her last day Plaintiff expressed concern for retaliation and why. The Assistant recalled the incident from Nov. 13, 2016 in the Broker 6. Plaintiff asked the possibility about being moved because of so many c/o's being involved in the ongoing case. She explained what Plaintiff could write to potentially get moved. Plaintiff had seen signs of retaliation prior.

21. Plaintiff talked to her about being beat up bad briefly and "hopefully thats it" shortly after Plaintiff returned to cell 208 on top tier an she went to go speak with the floor officer. In Exhibit A Its a 602 Inmate appeal that was cancelled purposely.

22. Usually it takes 2-3 weeks to get a receipt that a 602 Inmate appeal was excepted an you get a log# and date when responce is due. Plaintiff sent another request 02/07/21

23. On 02/09/21 Plaintiff submitted a 602 Inmate Appeal re: "Access to Courts" c/o Ramirez picked it up with mail from Door, which is a common practice when a inmate cannot physically get to the Appeal box. Plaintiff never had anytype of conflict with c/o Ramirez.

24. After recieving no responce on 03/10/21 Plaintiff submitted a 602 appeal to Sacramento through the mail closed as "legal Mail" on "staff Misconduct" addressing Inmate Appeals on 02/09/21 and 01/23/21 purposely not being processed and missing Court, and M. Gonzalez antagonizing Plaintiff. The appeal also explained why it was not submitted the conventional way (SEE Exhibit K, Rough Draft which Plaintiff apologizes for the sloppiness but using as a supporting doc was not inticipated) Recently Plaintiff attempted to get a copy of responce from 3rd level to be told that the appeal

13.

1 ~~explained why it was sent directly to sacramento and not sent in the~~
2 ~~confidential way~~ doesn't exist of? (See Exhibit K, both GA-22 requests to Counselor)

3 25. March 15, 2021 Plaintiff received receipt from sacramento appeal was
4 received. And sent a letter to Internal Affairs March 24, 2021 sealing it as
5 legal Mail (c/o Ramirez worked so...) with the excuse it "about my visiting
6 restriction on a civil case." (See Exhibit K, Receipt)

7 26. April 13, 2021 Plaintiff sent out 602 Inmate appeal through the mail after
8 c/o Ramirez said "You don't have to mail it..." Plaintiff explained that some-
9 times Inmate "Appeals get lost" but if c/o Ramirez can sign a GA-22 Inmate
10 Request the following day (because mail pick up is at night) just verifying it
11 was sent to have as a receipt then its not a problem.

12 27. c/o Ramirez says "yes tommorow when I do my first walk * hit me up." So
13 Plaintiff sends out 602 Inmate Appeal and the following day 04/14/21
14 as c/o Ramirez does his first walk he ignores Plaintiff.

15 28. Before Plaintiff addresses Ramirez at dinner an he walks again
16 Plaintiff in cell 208 door is opened an is told "get ready, your moving.
17 Plaintiff by hisself is moved to D-yard building 5. When asked the c/o
18 escort says "I don't know but it does seem odd..."

19 29. On April 26, 2021 Plaintiff sends a 602 Inmate Appeal (re: Deliberate Indifference)
20 labeled "legal mail" to Sacramento with other legal document being mailed to court.

21 30. c/o Perez seen the green 602 Inmate Appeal and said "why don't you wait for your
22 regular Nuñez to send that out". (and) just wait til tommorow. Plaintiff was
23 persistant and put the pages in an envelope in front of Perez and
24 sealed the envelope, labeled "legal mail" to send out through Postal service.

25 31. c/o Perez was ~~hesitant~~ was hesitant but signed the envelope like
26 the other legal mail (envelopes) going out.

27 32. May 6, 2021 c/o Nuñez-Ruiz and another floor officer came to Plaintiff's

28                                    14

Cell 115 in building 5, around 8:30pm. Plaintiff an cellmate Rodas step out to day room as a random cell search is conducted (which never happen at that time). Before returning to cell the "other floor officer" ask Plaintiff to sit down an Plaintiff sits at the nearest table a few steps away.

33. The other floor officer mentions the smell of smoke an if Plaintiff has been smoking, Plaintiff replys "no, this what this about?". A moment later after a few more words the c/o says "you don't look too good, are you ok", at that time he toches a button on his waist and talks in his radio on his chest (see Exhibit G, RVR). The Rules Violation Report was written days after the incident.

34. Plaintiff still sitting sees about 4-5 c/o's and medical staff approach an says "your trippin". Alot of inmates are looking out toward the dayroom (see exhibit B, A sworn Declaration from an inmate witness in cell 107)

35. A female medical staff questions Plaintiff an Plaintiff answers and says "I'm good" The questions were about date an if Plaintiff took anything. She trys to put something towards Plaintiffs mouth an Plaintiff after protesting an saying he's good on medical, grabs the object to sat it on the table (also it tastes wierd) The numerous c/o's surrounding plaintiff, one grabs plaintiffs hand twisting it behind his back. Plaintiff other arm is grabbed quick by another c/o

36. Plaintiff says "what the fuck", as his face is slammed to the table. The hand cuffs are put on to the tightest capacity a nurse says "get him over here".

37. The c/o's get Plaintiff up an towards a orange flat board with straps. Plaintiff says "what are you guys doing" (shocked) "You guys are trippin", layed on the board Plaintiff yells "my hands" as the straps are put on tight as possible with Plaintiffs full weight on hand cuffed hands. Plaintiff is fully subdue and in pain.

38. Plaintiff yells you guys are treating me like a animal, and a medical staff says calm down an start sticking something in Plaintiffs nose cutting off oxygen as Plaintiff is carried out the building. The Plaintiff sees a c/o named calvo who also war

15

1 ~~also~~ present on November 13, 2016 when Plaintiff was beat, Kicked and spit on while

2 cuffed and shackeled. A nurse who pushed the gurney after being picked up in front

3 of building C in Byard that day is also there while Plaintiff is on the orange

4 board. She even ask Plaintiff "You remember me" her name is Tomchat. Plaintiff

5 yells "I can't feel my hands what the fuck." The c/o's are laughing.

6 39. Plaintiff hears the nurses talking an says "I'm good I refuse treatment" an is clearly

7 disregaurded. The medical staff say that Plaintiff has to go to the hospital. A c/o says

8 "if you go get cleared the faster you get out of the cuffs." Plaintiff is told by a nurse

9 the c/o's think he's on drugs Plaintiff after about 45 minutes to a hours agrees

10 to go to the hospital as long as they loosen the handcuffs.

11 40. Plaintiff even mentions hand being numb still to the c/o watching ~~two~~ at the

12 hospital. After wrist in pain an hand numb the following day Plaintiff puts in

13 a medical form. Days later during interview with a LT. Plaintiff still had bruising. The

14 interview was recorded an on excessive ~~force~~ force.

15 41. May 10, 2021 Plaintiff goes to medical and speaks with nurse Montes Plaintiff asks

16 when a inmate is fully subdued on that orange board w/straps are the cuffs tooken off

17 ?? Nurse Montes says Yes, usually. "Plaintiff explains problem and shows cuts around

18 wrists and swelling also bruising on arm and hand. Plaintiff also asks about "why they

19 gave me narcan if I answered all the questions and said "I'm good." Nurse Montes says "its

20 more a precautionary because alot of people overdose." She says more irrelevant. Plaintiff

21 says "I just wanted to go back to my cell, they did way too much."

22 42. Coming back from hospital Plaintiff was housed back in quarentine in B yard

23 building 5 (B-5) And on May 10, 2021 missed a court hearing over the phone

24 because of being ~~tooken~~ to medical to be swabbed at the same time. The warden

25 was advised over a month prior of hearing (see Exhibit C for court hearing).

26 43. Plaintiff prepares co2 inmate Appeal on excessive force an May 17 Appeals Coordinator

27 an assistant (Mr. B-Key fowler an lucas) Plaintiff ask bout access to appeal box and seeing

28

some of my appeals go in that box. Mr. Keyfauver said "only me and my assistant."

44 Mr. Keyfauver says "any complaints you want to turn in, you can right now." Plaintiff hands over excessive force 602 Inmate Appeal and writes a few other issues well being rushed by the c/o in the control tower.

45. Mr Keyfauver says hes got no GA-22 Request from Plaintiff and in January his assistant was a female named Mrs. Sanchez. Also the only 602 Inmate appeal on file is the Staff misconduct complaint submitted March 10, 2021 directly to sacramento through the mail. Plaintiff caught Mr Keyfauver in a few lies.

46. Mr. Keyfauver confirmed that 602 inmate Appeal submitted in D-Yard building 5 with C/o Perez on 05/26/21 was never sent. Plaintiff explained this has constantly happened an her logged dates of submission.

47. Plaintiff tells Mr. Keyfauver "this is retaliation and someone is going to held accountable". Mr. Keyfauver says "I'm a process these and come back tommorow to give you a copy (and he did). Also its not him whose retaliating.

48. Plaintiff told Mr. Keyfauver since this is now addressed I'm a submit a 602 Inmate Appeal an see if it goes through." ironically it did.

49. The 602 inmate Appeal was sent that night through mail pick up with C/o Hernandez. Appeal was about visiting appointment through video being cancelled even though Plaintiff tested negative for covid twice, was vaccinated, and it was on a screne.

50. Mr. Keyfauver documented Plaintiffs plan in " REASONING AND DECISION" in grievence responce. And See Exhibit D. Responces from grievances submitted hand to hand on May 17, 2021 to Mr. Keyfauver)

51. After Quarentine Plaintiff from building 5, was moved back to building 6 on B-Yard and between the 17th and 28th Plaintiff was called to the Correctional Lieutenants office for Excessive force complaint (See Exhibit E 602 APPEAL) and Pictures were tooken and a video was recorded.

17

52. Plaintiff was transferred from building 6 to Corcoran May 28, 2021 but recieved a Rules Violation Report (RVR) for contraband allegedly found during cell search on May 5, 2021. The date it was reported was 05/12/2021 (see Exhibit G, RVR). The RVR was dismissed later at hearing. (see Exhibit F, Initial visit).

## I. LEGAL CLAIMS

53. Submitting a 602 Inmate Appeal is the begining of Exhausting administrative remedies, by throwing away appeal which is a Protected Conduct, its a clear Violation on an inmates First Amendment right. Ms. Muro a C/O deliberately involved herself an contributed to the "campaign of harassment" described in Calhoun V. Hargone 312 F.3d 730 (5th Cir 2002); Witte V. Wisconsin. Dept. of Corrections 434 F.3d 1031 (7th Cir. 2006). Marina Muro considered M. Gonzalez a brother (See Exhibit H, Transcript).

54. The "Capaign of harassment" and retaliation also involved C/O Ramirez and C/O Perez who deliberately prevented 602 inmate appeals from being submitted clearly Violating Right to Appeal under Section 3084.1 in the California Codes and Regulations Title 15 Crime Preventions and Correction. See also Civil Rights of Institutionalized Persons Act; Title 42 U.S.C. Section 1997 et seq., Public Law 96-247, 94 Stat. 349; Section 35.107, Title 28, Code of Federal Regulations; and Wolf V. McDonnell (1974) 418 U.S. 539, 558-560. This caused alot of emotional distress for Plaintiff

55. Plaintiff while housed not only missed court deliberately on May 10, 2021 but had alot of problems with accessing the law library. Correctional Officers know and abuse the power they have rugularly against Plaintiff. Besides 602 Inmate Appeal in the institution the one C/O Perez prevented from being mailed out after being sealed as confidential "legal Mail" (is criminal). Guards retaliating is not unusual. See Perez V. Gates. No. 13-CV-05359-VC. 2015 U.S. DIST. LEXIS 127009 (N.D. Cal. Sept. 22, 2015). They now have body cams in some california prisons for C/O's.

56. C/O Marina Muro who will lie, disreguard rules, and abuse authority just like C/O Ramirez and Perez did not reasonably advance a legitimate correctional

18

1  goal. These are also elements described in Rhodes v. Robinson 408 F.3d 559,567-568.

2  57. Defendants and c/o's Marina Muro, Ramirez and Perez violated Plaintiffs First and

3  Fourteenth Amendment Under the United States Constitution c/o Marina Muro on 01/24/21,

4  c/o Ramirez on 02/09/21 and 04/13/21 and c/o Perez on 04/26/21 by violating right to appeal.

5  58. Defendant CCII and Grievance Coordinator B.Keyfauver told Plaintiff him an his assistant

6  are/were the only ones with the key to the appeal box. CCII B.Keyfauver violated Plaintiffs First

7  and Fourteenth Amendment as well for assisting c/o with not processing Inmate Appeals with

8  the excuse of never receiving them an covering up retaliation,violations addressed in Terra v.United

9  States No.12-CV-01907,2018WL1605563(CD Ca.May 25,2018)which extended BIVENs context(Bivens 403

10  U.S.388(1971) An this complaint brought forward relying on Both Bivens and section 1983

11  59. These actions have caused an overwhelming sence of paranoia when submitting any documents

12  with any correctional Officer. It can be described as Intentional Infliction of emotional Distress(IIED)

13  See Schmidt v. Odell, 64 F.Supp.2d 1014(D. Kan.1999).Also Supp v. Kimbrell 623 F.3d 813,825(9th Cir.2000).

14  60. Plaintiff after being beat for fighting back, did not document that then because of fear but

15  did submit a 602 Inmate Appeal on personal property being trashed(See Exhibit A,re:Property).

16  61. Retaliation in different ways was imposed everytime Plaintiff went to Wasco for Court

17  Plaintiff submitted one appeal at PBSP(Pelican Bay State Prison)which was sent to Wasco and

18  granted because of clear proof pictures of a family wedding were lost That was 12/14/17

19  Appeal log # PBSP 0-17-03255 and WSP D-18-00002. A few months after Incident on 11/13/2016.

20  62. Defendant J.Nunez-Ruiz and his Partner on May 6,2021 violated Plaintiffs EIGTH and FOURTE-

21  ENTH Amendment of the U.S.Constitution by imposing excessive force and Battery which still has

22  created a significant hardship/under Sandin v. Conner 515 US 472)and more c/o's were involved.

23  63. The only documentation of a reference of this Battery was is RVR Stating "sanchez being involved

24  in Code 1 Medical emergency"(See Exhibit C,RVR by Defendant)an this violates California Codes and

25  Regulations(CCR)TItle 15 section 3268, Article 1.5 Use of Force and Restraining Devices.See also Witley v.

26  Albers(1985)475 U.S.312,106 S.ct 1078.Plaintiff even wrote Internal Affairs prior to this.

27  64. Besides Plaintiffs hands being twisted cuffed when Plaintiff was pushed forward and face was

28

1   slammed to the table that was a battery. Also when Plaintiff was totally subdued

2   on orange board the hand cuffs behind Plaintiffs back with full body

3   weight on hand was clearly unreasonable. See Wilkins v. Gaddy 559 U.S. 34 (2010).

4   65. Plaintiff talked with doctor about left hand an doctor perscribed Duloxetine,

5   for Neuropathy Plaintiff wanted proof to show the court and was advised by a

6   nurse a MRI would show nerve damage. Plaintiff requested it to the Doctor

7   in Wasco who advised Plaintiff "it'll eventually go away". Plaintiff submitted

8   a Health Care grievance 05/17/21. when Doctor refused. Jones v. Sacramento, No. CIVS-09-1025 DAD.

9   66. The Heathcare grievance was basically denied July 16. 2021 (See Exhibit I

10   from Health Care Services). The Doctor also advised Plaintiff that nurses over

11   react, for example with giving Plaintiff narcan out of fear the inmate die

12   or a lawsuit. Plaintiff still lacks full feeling in left hand, an suffers paranoia

13   67. The Plaintiff has no plain, adequate or complete remedy at law to redress the wrongs

14   described herein. Plaintiff has been and will continue to be irreparably injured by the conduct

15   of defendants unless this court grants the declaratory and injunctive relief which

16   Plaintiff seeks. Defendant behaviors will continue if not held accountable.

17   ## VI. PRAYER FOR RELIEF

18   WHEREFORE, plaintiff respectfully prays that this court enter judgement granting

19   plaintiff:

20   68. A declaration that the acts and omissions described herein violated plaintiffs rights

21   under the Constitution and laws of the United States.

22   69. A preliminary and permanent injunction ordering defendants Marino Muro, Ramirez,

23   Perez, J. Nunez-Ruiz who are correctional officers and CCII Grievance Coordinator B. Keyfa-

24   uver to process an inmate appeal according to the rules and report any peer

25   pressure or immoral activity thats asked of them to impose on a inmate

26   by there fellow employees also to not administer force or batter an inmate

27   who is not posing any danger to himself or any other person.

1 And cease any personal negative intentions towards any inmate in the CDCR.

2 70. Compensatory damages in the amount of $35,000 against each defendant.

3 jointly and severally, Also cessation of all retaliation.

4 71. Plaintiff seeks nominal and punitive damages in the amount of $45,000 against

5 each defendant. jointly and severally. Also cessation of all conspiracy to retaliate.

6 72. A jury trial on all issues triable by jury

7 73. Plaintiff also seeks recovery of all cost involving this suit, and

8 any additional relief this court deems just, and equitable.

9 Dated: October 10. 2021

10 Respectfully submitted.

11 Anthony A. Sanchez (#BA9087)

12 California State Prison (CSP) at Corcoran

13 P.O. BOX 3476

14 Corcoran Ca. 93212

15 VERIFICATION

16 I have read the foregoing complaint and hereby verify that the matters

17 alleged therein are true, except as to matters alleged on information and belief, and, as

18 to those, I believe them to be true. I certify under penalty of perjury that the foregoing

19 is true and correct.

20 Executed at Corcoran California on October 10, 2021

21

22 Anthony A. Sanchez

23

24 (FN: Plaintiff would like the court to know numerous attempts were made in order to submit proof

25 Administrative Remedies have been exhausted. Plaintiff also will be going back to Kern County

26 Superior Ct. for resentencing on commitment offense an WSP/RC is a institution that plaintiff could

27 go back to in transition coming back to Corcoran So filing complaint is urgent.)

28

21

# INDEX / LIST OF EXHIBITS

EXHIBIT (Ex.)                                                                                    PAGE

EX. A. 602 Inmates Appeals, Dated 12/13/16 and 1/22/17 and a receipt

EX. B Sworn Declaration, from Inmate David Moore Dated 8/20/21

EX. C Order for Court for Kings C. Superior Court Case No. 20G-0132

EX. D Grievance Responce dated 07/17/21 (of four Claims) By a Defendant

EX. E 602 Inmate Appeal, Dated 05/10/21 BY the PLAINTIFF

EX. G Rules Violation Report (RVR) Dated 05/06/12 by a Defendant.

EX. F Initial Visit to medical re: left hand dated 05/10/21

EX. H Reporters Transcript of and testimony Dated 10/18/18 Case No. DF012748A.

EX. I Third level Responce from Health Care Services dated 7/16/2021

EX. J Inmate Request for Interview (GA-22) to Law Librarian dated 08/18, 10/3 /2021

EX. K Rough Draft of 602 Inmate Appeal, Receipt of 602 an (2) GA22 requests re: that 602 Appeal dated 11/01/21 and 11/09/21

# EXHIBIT-A   (pgs. 1-4)

602 Inmate Appeal. Dated 12/13/16.
which was cancelled and resubmitted 1/22/17 with a receipt
to support Appeal for "Purposely Misplaced Property"
and states "CDCR never responded to."

CDCR 22
that was never
responded to enclosed:

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)                                                                          Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | WSP·D·17·00127 | | 5 |
| | FOR STAFF USE ONLY | | |

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.           WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Sanchez Anthony | BA9087 | D6-229 | |

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):

**Purposely Misplaced property**

JAN 0 9 2017.

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A): I was moved here to Ad-Seg 11/13/16 I was shown a list of my property that came an given some 11/17/16 An alot of my personal property was missing, canteen, pictures an brand new books & glasses.

B. Action requested (If you need more space, use Section B of the CDCR 602-A): I would like to be reimbursed for my property that was purposely misplaced because of what lead to my movement to ASU. I have proof for alot that I had.

**Supporting Documents: Refer to CCR 3084.3.**
☐ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

( CDCR 22 never responded to ) _____

_____

☑ No, I have not attached any supporting documents. Reason : I only have 1 copy an donot want them misplaced but I will show them to you if you can come down or if you want to make copies I can give them to you.

Inmate/Parolee Signature: _Anthony S_           Date Submitted: 12/13/16

☐ By placing my initials in this box, I waive my right to receive an interview.

| C. First Level - Staff Use Only | Staff – Check One: Is CDCR 602-A Attached?  ☐ Yes  ☑ No |
|---|---|

This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction)  Date: _____ Date: _____ Date: _____ Date: _____
☑ Cancelled (See attached letter) Date: 1.9.17
☐ Accepted at the First Level of Review.

Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____ Interview Location: _____

Your appeal issue is:  ☐ Granted   ☐ Granted in Part   ☐ Denied   ☐ Other: _____
See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: _____ Title: _____ Signature: _____ Date completed: _____
                    (Print Name)

Reviewer: _____ Title: _____ Signature: _____
                 (Print Name)

Date received by AC: _____

24

| AC Use Only |
|---|
| Date mailed/delivered to appellant ____ / ____ / ____ |

S T A F F   U S E   O N L Y

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**Side 1**

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|

WSP·D·17·00310   10

*FOR STAFF USE ONLY*

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.**          **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Sanchez Anthony | BA9087 | J6245 | |

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):

misplaced or **Stolen Property.** / 602 cancelled (First level)

JAN 2 6 2017

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A): Monday 1/16/17 I recieved CDC Form 695 stating my appeal was being cancelled per title 15 sec (CCR) 3084.6 (C)(4) I filed a CDCR 22 form 11/18/16 an never recieved a responce which I enclosed with 602 (see Att 602-A)

B. Action requested (If you need more space, use Section B of the CDCR 602-A): I want my 602 granted an to be reverse The cancellation an reimburse me for all my property that I didn't get an was misplaced or trashd or stolen

Supporting Documents: Refer to CCR 3084.3.

☑ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono): CDCR ~~602 dated~~ 12/2/10  An CDCR 695 form. An CDCR 22 form dated 11/18/16, an receipt of one book token.

☐ No, I have not attached any supporting documents. Reason: _____

Inmate/Parolee Signature: _Anthony S__          Date Submitted: 1/22/17

☐ **By placing my initials in this box, I waive my right to receive an interview.**

**C. First Level - Staff Use Only**          Staff – Check One: Is CDCR 602-A Attached?  ☑ Yes   ☐ No

This appeal has been:

☐ Bypassed at the First Level of Review. Go to Section E.

☑ Rejected (See attached letter for instruction)  Date: 1/26/17   Date: ___   Date: ___   Date: ___

☐ Cancelled (See attached letter)  Date: ___

☐ Accepted at the First Level of Review.

Assigned to: _____   Title: _____   Date Assigned: _____   Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____   Interview Location: _____

Your appeal issue is:  ☐ Granted   ☐ Granted in Part   ☐ Denied   ☐ Other: _____

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: _____ (Print Name)   Title: _____   Signature: _____   Date completed: _____

Reviewer: _____ (Print Name)   Title: _____   Signature: _____

Date received by AC: _____

25

| AC Use Only |
|---|
| Date mailed/delivered to appellant ___/___/___ |

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**Side 1**

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|

WSP. D. 17. 00370          10

*FOR STAFF USE ONLY*

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.

**Appeal is subject to rejection if one row of text per line is exceeded.     WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Sanchez Anthony | BA9087 | D6 245 | |

**A. Continuation of CDCR 602, Section A only (Explain your issue) :** log number: WSP-D-17-00127.

I recently received a title 15 an per Title 15 sec (ccr) 3084.8(b)
"An inmate or parolee must submit the appeal within 30 calender days of
(1).–(2).(3)" on the 18th the day after I got my property I gained
knowledge that on how to get a CDCR22 form an submitted one
on my missing property which property officer Silva here in ASU
advised me on "that's all that came". So my property was
stolen or purposely misplaced by the housing officers in B6
I filed the CDCR22 form didn't get s responce an before
the 30days was up I submitted the 602 12/13/16 with
CDCR22 form to Pt Medina who was walking by because
I didn't know who or where to turn it into. She stated
she gave it to the Sergent' on duty at the time. I
cant be responsible for if the appeals coordinator doesn't
recieve it the same day. I in ASU submit it to the
individuals I have access to. Per Title 15 (sec) 3191(b)
Inmates are required upon request by institution staff
to properly account for all registerable personal property.
...

**Inmate/Parolee Signature:** _[signature]_          **Date Submitted:** 1/22/17

JAN 26 2017

STAFF USE ONLY

**B. Continuation of CDCR 602, Section B only (Action requested):** _____

_____

_____

_____

_____

_____

_____

_____

_____

26

**Inmate/Parolee Signature:** _____          **Date Submitted:** _____

# BARNES & NOBLE
## www.bn.com

**Sold To:**
BN Inc. SHIP TO HOME
3120 Kentucky
Bakersfield, CA 93306
USA

**Ship To:**
Anthony Sanchez AB9087
POBOX 5500
Wasco, CA 93280
USA

**Customer Service:**
1-800-962-6177

shiptohome@bn.com

**PO Num:** 0039653658

**Loc: CH3367**
**Box Size: TFT5**

Your order of Oct 18, 2016 **(Order No. 6003623825 / BM 2851-434877)**

| Qty | Description | Item # | Item Price | Total |
|-----|-------------|--------|-----------|-------|
| 1 | **Wisdom of the Ages: 60 Days to Enlightenment** | 9780060929695 | 14.99 | 14.99 |
| 1 | **You'll See It When You Believe It: The Way to Your Personal Trans** | 9780060937331 | 14.99 | 14.99 |

If you are not satisfied with your order, you may return it within 14 days of the delivery date. For your convenience, items may be returned to the address on the packing slip or returned to your local Barnes & Noble store (check the local store refund policy for details).

**Choose a return reason below and include this slip with the item in your package. Please cut out label on dotted line and affix to carton being returned.**

[ ]  **Wrong Quantity**

[ ]  **Defective or Damaged in Transit**

[ ]  **Wrong Merchandise Received**

[ ]  **Other (please explain)_____**

**Pay Method:**                    **Credit Card#:**

**From:**
Anthony Sanchez AB9087
POBOX 5500
Wasco, CA 93280
USA

**To:**
**Barnes & Noble.com**
**B&N.COM Customer Returns**
**1 Barnes & Noble Way**
**Monroe Township, NJ 08831**
**USA**



6003623825

**THANK YOU FOR YOUR ORDER!**

**STD**            **1P**

99031000000208047799



10/19/2016 6:00 PM   **CH3367**   00417090113697829621

Page 1 of 1

99031000000208047799
10/25/2016 12:00 AM      (EAD)
10/19/2016 8:16 AM       (PRINT)

EXHIBIT - B  (pg.1)

Sworn Declaration and Affidavit of David Lee Moore

Dated 08/20/21

AFFIDAVIT AND DECLARATION OF

DAVID LEE MOORE IN CORCORAN, CALIFORNIA

1. On the evening of May 6th I DAVID LEE MOORE was Incarcerated at Wasco State Prison, Reception Center in Facility D. Building 5, Cell 107 and seen (2) correctional officers (C/O's) Search Cell 115

2. As I seen a C/O talking to Inmate Sanchez, then more C/O's came in the unit and medical staff, toward the table where Inmate Sanchez was sitting.

3. I seen Inmate Sanchez talking an shaking his head and medical staff look like they were asking him to put something on his face or In his mouth.

4. A moment later I seen the C/O's pinning Sanchez to the table twisting his hands

5. As they strapped Inmate Sanchez to an orange board I seen he still had his hand cuffs on and was yelling something About his hands.

6. Inmate Sanchez seemed compliant and how the correctional officers reacted looked very unnecessary

I hereby Declare Under Penalty of Perjury that the foregoing is true and Correct Under the laws of the United States Of America And California

Affiant: DAVID LEE MOORE

Dated: 8/20/21

California Department Of Corrections (CDC) ID# BN4334

29

EXHIBIT-C        (pg.1)

Order for Court from Kings County Superior Court  Case No. 20C-0132
Dated 03/09/2021 for Court Dated 05/10/2021.

| | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF THE STATE OF CALIFORNIA<br>**COUNTY OF KINGS**<br>**1640 Kings County Drive Hanford California 93230** | **FILED** |
| PLAINTIFF: **ANTHONY A SANCHEZ** | MAR 09 2021 |
| DEFENDANT: **STU SHERMAN** | MICHELLE S. MARTINEZ, CLERK OF COURT<br>SUPERIOR COURT OF THE STATE OF CALIFORNIA<br>COUNTY OF KINGS<br>_____ DEPUTY<br>CANDY OCHOA |
| **Order Directing Allowance of Telephone Access for Court Appearance by Inmate** | CASE NUMBER:<br>**20C-0132** |

TO:  **Anthony A Sanchez,** AND WARDEN, **Heather Shirley** at **Wasco State Prison-reception Center (WSP):**

You hereby Ordered to permit your prisoner, **Anthony A Sanchez,** CDCR Number **BA9087**, to have access to a telephone for purposes of making a telephonic appearance in this Court on ***May 10, 2021*** at **10:30 AM** in **Department 8**.  The Court has authorized to appear by telephone, rather than ordering transportation for hearing regarding **Case Management Conference**

All Kings County Superior Court telephonic appearances must utilize the services of the private agency known as Court Call.  The Prison Liaison shall be responsible for contacting this service and making any necessary arrangements for the inmate to appear by telephone.  The facility shall contact Court Call on the date and time set forth above by utilizing the phone number and "PIN" number previously provided to the facility by Court Call.  Court Call may be contacted by dialing 1-888-88-COURT.

This telephonic appearance is part of a formal Court proceeding, which is open to the public.  The call may be monitored or recorded by your staff, in any manner deemed necessary to satisfy the security needs of your institution.

Dated: **3/9/2021**

_____
Valerie R. Chrissakis, Judicial Officer

Order Directing Allowance of Telephone
Access for Court Appearance by Inmate

# EXHIBIT-D                    (pgs.1-3)

Grievance Claims Decision Response   Dated 07/17/2021

where claim 3 acknowledges retaliation, and Claim 4 acknowledges GA-22

inmate request being disregarded, letter to Internal Affairs (citizens complaint)

and Inmate Appeals $\cancel{\text{we}}$ and WSP-006..."not responding."

Claim 3 also acknowledges missing court $\cancel{\text{all}}$ by Defendant B.Keyfauver

CALIFORNIA DEPARTMENT *of*
Corrections and Rehabilitation

# CLAIMANT GRIEVANCE CLAIMS DECISION RESPONSE

**Re:** Grievance Claims Decision Response

**Offender Name:** SANCHEZ, ANTHONY    **Date:** 07/17/2021
**CDC#:** BA9087
**Current Location:** COR-Facility 03C    **Current Area/Bed:** 03C004 2 - 210001L

**Log #:** 000000118753

---

**Claim #: 001**

**Institution/Parole Region of Origin:** Wasco State Prison    **Facility/Parole District of Origin:** WSP-Facility B
**Housing Area/Parole Unit of Origin:** B  005 2
**Category:** Offender Safety and Security    **Sub-Category:** Use of Force

The California Department of Corrections and Rehabilitation (CDCR) Office of Grievances at WSP-Facility B received this claim on 05/17/2021.

California Code of Regulations, title 15, provides the Office of Grievances 60 calendar days to complete a response. Due to the expiration of time, this response by the Office of Grievances will be the only response.

You do not need to resubmit this claim to the Office of Grievances or to the CDCR Office of Appeals.

**Decision: Time Expired**

---

**Claim #: 002**

**Institution/Parole Region of Origin:** Wasco State Prison    **Facility/Parole District of Origin:** WSP-Facility B
**Housing Area/Parole Unit of Origin:** B  006 2
**Category:** Offender Services    **Sub-Category:** CCHCS

As you were notified in the acknowledgment letter, the California Department of Corrections and Rehabilitation Office of Grievances at WSP-Facility B received your claim. We determined that the claim fell within the jurisdiction of the California Correctional Health Care Services Division. The Health Care Grievance Coordinator will respond separately in accordance with their governing regulations. The Office of Grievances will not provide any further response to this claim.

**Decision: Redirected**

---

**Claim #: 003**

**Institution/Parole Region of Origin:** Wasco State Prison    **Facility/Parole District of Origin:** WSP-Facility B
**Housing Area/Parole Unit of Origin:** B  005 2
**Category:** Offender Activities    **Sub-Category:** Other Activity - NOS

**I. CLAIM**

Inmate Sanchez BA9087 contends he was not escorted to his telephonic court proceedings in time.

**II. RULES AND REFERENCES**

33

**A. CONTROLLING AUTHORITY**

Custody And Security Operations Article 16-Inmate count and Movement

**B. DOCUMENTS CONSIDERED**

CDCR 602 inmate/Parole Appeal was considered.

## III. REASONING AND DECISION

On May 10, 2021, the Sanchez was on quarantine in Facility B, Building 5. On this date, Sanchez had a prescheduled ducat for a medical appointment  for a COVID swab at 1020 hours. Sanchez was escorted to his medical appointment as scheduled. At 1030 hours,  he also had a pre-scheduled telephonic court hearing. Sanchez notes he believes staff intentionally failed to escort him to phone call in time in retaliation for a 2016 incident that occurred at WSP. It is noted there was a conflict of two scheduled appointments which resulted in Sanchez being late for his telephonic court call, but there is no evidence that staff caused this deliberately because of retaliation. On the contrary, he was allowed to use the phone for approximately 20 minutes to reschedule another court appointment. Therefore, this claim is disapproved.

**Decision: Disapproved**

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to DISAPPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

| Staff Signature | Title | Date/Time |
|---|---|---|
| J. Cronjager [CRJA009] | CDW (A) | 07/13/2021 |

---

**Claim #:  004**

**Institution/Parole Region of Origin:** Wasco State Prison          **Facility/Parole District of Origin:** WSP-Facility B
**Housing Area/Parole Unit of Origin:**  B  005 2
**Category:**  Offender Classification               **Sub-Category:**   Other Classification Issue - NOS

### I. CLAIM

Claimant Sanchez BA9087 contends he has submitted many GA-22 requests and appeals that have been disregarded.

### II. RULES AND REFERENCES

**A. CONTROLLING AUTHORITY**

CCR Title 15 Section 3480-.3487

**B. DOCUMENTS CONSIDERED**

CDCR 602, Inmate/Parolee Appeal, dated 6/9/21.

### III. REASONING AND DECISION

On 5/17/21, you were interviewed by CCII B. Keyfauver, WSP-RC Grievance Coordinator in regards to your Citizen's Complaint that was received by the Warden's Office on 4/19/21. During this interview the Grievance Coordinator informed you that the Office of Grievance (OOG) had not received any of your grievances or GA-22 requests. At the time of the interview you were advised to re-write the information regarding your issues. You filled out three separate grievances and no GA-22 requests. Each of the three grievances were assigned a log number. The first grievance was assigned Grievance Log# 118753, with Use of Force Allegations, which was referred to the Allegation Management Inquiry Section (AIMS) for further investigation. The second grievance was assigned Grievance Log#118852, regarding transfer to a prison close to Kern County was rejected as an anticipated action noting you were scheduled to appear before UCC on 5/13/21 or later. The third grievance was assigned Grievance Log#118873 regarding your legal property was re-assigned to Pelican Bay State Prison (PBSP). Furthermore, you were asked if you had any further issues and/or grievances and you stated, "You had one other issue and you were going to submit a 602 at a later time." On 5/24/21, WSP-OOG received Grievance Log#120980 regarding visiting. Therefore, your contention that WSP-OOG is not responding to your CDCR 602 Inmate/Parolee Appeals or GA-22 Inmate Requests is disapproved noting

WSP-OOG resolved all your issues that we were made aware of and provided you with responses.

**Decision: Disapproved**

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to DISAPPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

| Staff Signature | Title | Date/Time |
|---|---|---|
| J. Cronjager [CRJA009] | CDW (A) | 07/15/2021 |

35

# EXHIBIT-E   (pgs. 1-2)

602 Inmate Appeal Dated 05/16/21 on Excessive force and Deliberate
Indifference given hand to hand by Plaintiff to Defendant
CCII B. Keyfauver.

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|

**118753**

FOR STAFF USE ONLY

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.**     **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): SANCHEZ, ANTHONY | CDC Number: BA9087 | Unit/Cell Number: B5-248 | Assignment: |
|---|---|---|---|

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):

EXCESSIVE FORCE AND CLEAR DELIBERATE INDIFFERENCE

MAY 1 7 2021

**A.** Explain your issue (If you need more space, use Section A of the CDCR 602-A): On 05/06/2021 I was asked to come out of my cell for a cellsearch. On my way back the c/o in D5 who searched asked me if I was ok and I said yes "but he told me to sit down" and called medical who arrived with more c/os. Medical staff asked me questions an attempted to put a oxygen mask on me

**B.** Action requested (If you need more space, use Section B of the CDCR 602-A): ① I would like all c/o's to be trained that when a inmate is totally subdued in a board or gurney his hands should not be cuffed behind his back ② I would like a statement from all staff on paper what they heard me saying while I was being

Supporting Documents: Refer to CCR 3084.3.

☑ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

Provider Comment dated 05/10/21 re: hand, Proof of Service dated 03/17/21 for Telephone Access for Court appearance on May 10, 2021,

☐ No, I have not attached any supporting documents. Reason: _____

Inmate/Parolee Signature: _Anthony Sanchez_   Date Submitted: 05/10/21

☐ By placing my initials in this box, I waive my right to receive an interview.

STAFF USE ONLY

**C. First Level - Staff Use Only**     Staff – Check One: Is CDCR 602-A Attached? ☐ Yes ☐ No
This appeal has been:
☑ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: ____ Date: ____ Date: ____ Date: ____
☐ Cancelled (See attached letter) Date: ____
☐ Accepted at the First Level of Review.

Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____ Interview Location: _____

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: _____
See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: _____ Title: _____ Signature: _____ Date completed: _____
            (Print Name)

Reviewer: _____ Title: _____ Signature: _____
         (Print Name)

Date received by AC: _____

37

| AC Use Only |
|---|
| Date mailed/delivered to appellant ____ / ____ / ____ |

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**Side 1**

| | IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|---|
| | | 118 753 | | |
| | | FOR STAFF USE ONLY | | |

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.     **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| SANCHEZ, ANTHONY | BA9087 | B5-248 | |

**A.  Continuation of CDCR 602, Section A only** (Explain your issue) : When I grabbed it and said "I'm good"

I sat it on the table, the c/o's grabbed my hand, another pushed me forward slamming my face on the table. Medical bring a board with straps, custody put me on it to go to T.T.A. I began to yell "I'm good. You guys are trippin!" as they strapped me to the board my hands were cuffed behind my back. I yelled "what the fuck you guys doing, your treating me like a animal" and "I can't feel my hands." The force was unnecessary I was compliant the whole time (besides verbally on the board). I was ultimately cleared but on my hands days later my left hand is still numb an feels swollen an I can no longer feel certain things at all. When I was strapped to the board I was totally subdued. My hands still cuffed was unnecessary. Even the nurse today said they don't usually do that. I should of never even been put in cuffs because I have a right to refuse treatment. Now even though I'm vaccinated I'm placed in quarentine unit and staff decide to escort me to swab at 10:20 am when I have court at 10:30 am. I've made it to court on time or b4 for criminal charges here. I come back at 10:35 get on the phone an miss my court hearing for a civil action. This was all done deliberately for retaliation for the alleged staff assault that happen here in 2016 and litigating against the Department. I've also filed many request and appeals that have been disregarded (that I have a log of.) I can't even send this out through the mail because like the last one an so much more it won't be processed or somehow get lost.

Inmate/Parolee Signature: _[signature]_          Date Submitted: 05/10/21

MAY 1 7 2021

STAFF USE ONLY

**B.  Continuation of CDCR 602, Section B only** (Action requested): ③ escorted to the T.T.A. ④ I would like the c/o who cuffed me up fired ④ I would like the litigations coordinator fired for not making it a priority I appear via telephone for court on time. ⑤ I would like to be moved out of this facility for the consistent deliberate indifference I've encountered.

3B

Inmate/Parolee Signature: _[signature]_          Date Submitted: 05/10/21

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*

TELEPHONE NO.:            FAX NO. *(Optional):*

E-MAIL ADDRESS *(Optional):* INPROPER

ATTORNEY FOR *(Name):* Anthony Sanchez, P.O.Box 3476, Corcoran 93212

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Eastern District of U.S. District Court

STREET ADDRESS: 2500 TULARE STREET

MAILING ADDRESS: 2500 TULARE STREET

CITY AND ZIP CODE: FRESNO, CALIFORNIA 93721

BRANCH NAME:

PLAINTIFF/PETITIONER: Anthony Sanchez

DEFENDANT/RESPONDENT: Marina Muro et al.

**PROOF OF SERVICE OF SUMMONS**

FOR COURT USE ONLY

CASE NUMBER:

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. ☑ summons
   b. ☑ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents):* Motion to appoint Counsel, Application to Proceed In Forma Pauperis by prisoner and First Request For Production of Documents. 64 pages.

3. a. Party served *(specify name of party as shown on documents served):* U.S. District Court Clerk For Eastern District of California And Attorney General Rob Bonta who Represents the CDCR an its employees.

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):* CLERK OF the U.S. District Court

4. Address where the party was served: E filed to Court an to AG at, 1300 I street, Suite 125 P.O.Box 944255, Sacramento Ca. 94244-2550.

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*      (2) at *(time):*
   b. ☑ **by substituted service.** On *(date):* 12/06/21 at *(time):* 1:00 pm I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☑ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):* 12/06/21 from *(city):* Corcoran    **or** ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

PLAINTIFF/PETITIONER: Anthony Sanchez

CASE NUMBER:

DEFENDANT/RESPONDENT: Marina Muro et al.

5. c. [✓] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the
address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*  (2) from *(city):* Corcoran

   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed
   to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

   (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. [ ] **by other means** *(specify means of service and authorizing code section):*

   [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant.
   d. [✓] On behalf of *(specify):*
   under the following Code of Civil Procedure section:

   | | |
   |---|---|
   | [ ] 416.10 (corporation) | [ ] 415.95 (business organization, form unknown) |
   | [ ] 416.20 (defunct corporation) | [ ] 416.60 (minor) |
   | [ ] 416.30 (joint stock company/association) | [ ] 416.70 (ward or conservatee) |
   | [ ] 416.40 (association or partnership) | [ ] 416.90 (authorized person) |
   | [✓] 416.50 (public entity) | [ ] 415.46 (occupant) |
   | | [ ] other: |

7. **Person who served papers**
   a. Name:
   b. Address:
   c. Telephone number:
   d. **The fee for service was:** $
   e. I am:
      (1) [ ] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [ ] a registered California process server:
         (i) [ ] owner [ ] employee [ ] independent contractor.
         (ii) Registration No.:
         (iii) County:

8. [✓] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date:

Anthony A. Sanchez

▶ *(signature)*

(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)
*Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Anthony A. Sanchez,
                    PLAINTIFF,

        V.

Marina Muro, Ramirez, Perez,
J. Nunez-Ruiz (Correctional Officers)
and B. Keyfauver (Correctional Counselor)
at Wasco State Prison-Reception Center
                    (DEFENDANT(S)

SUMMONS
Civil Action No.

TO THE ABOVE-NAMED DEFENDANTS:

You are hereby summoned and required to serve upon plaintiffs, whose address is, Anthony
A. Sanchez, P.O. Box 3476, Corcoran Ca. 93212 (CDC# BA91087), an answer to the complaint
which is herewith served upon you, within 20 days after service of this summons upon you
exclusive of the day of service, or 60 days if the U.S. Government or officer/agent thereof is
a defendant. If you fail to do so, judgement by default will be taken against you for the
relief demanded in the complaint.

Clerk of the Court
Date: 11/22/2021

6

EXHIBIT-F            (pg. 1)

Initial Visit For Medical Dated 05/10/21

41

Provider Comment:

## MEDICATIONS:
During the course of your visit your medication list was updated with the most current information.

### Continue taking these Medications:
**capsaicin 0.025% Cream 60 gm (capsaicin 0.025% topical cream)**
- *For Lower back pain:* Take 1 app, on the skin twice a day on your own
- Start Date: April 20, 2021
- Take for: 30 day(s)

*Comments: Wash hands thoroughly after application*

SANCHEZ, ANTHONY has been given the following list of follow-up instructions, prescriptions, and patient education materials:

**Follow-up Appointments**

**7362 Medical Routine Follow Up 20**
05/03/21 0:01:00 PDT, *14 days, 05/17/21 23:59:00 PDT, 170.71.227.77.20210501031558116411077255 3#1.00,, BA CK LOWER PAIN NOT RELIEF BY MOTRIN, NAPROXEN OR TYLENOL.



**7362 Medical Routine Follow Up 20**
12/31/21 0:01:00 PST, *14 days, 05/24/21 23:59:00 PDT, 170.71.227.77.2021050103155811641107 72553#1.00,, requesting MRI ( xray ordered ), medication for nerve pain

**7362 RN Initial Visit (Symptomatic)**
05/10/21 15:30:00 PDT, 1 business day, 137.252.9.32.20210501101436566956924729#1.00, 05/11/21 23:59:00 PDT, CAN'T FEEL PART OF LEFT HANBD, FEEL LIKE RUBBER AND SWOLLEN

**Follow Up LVN 10** 05/19/21 7:00:00 PDT, Care Management, 14 days, 05/21/21 23:59:00 PDT, PCR TEST

**Follow Up LVN 10** 05/12/21 7:10:00 PDT, Care Management, 14 days, 05/21/21 23:59:00 PDT, PCR TEST

**Follow Up LVN 10** 05/10/21 7:50:00 PDT, Care Management, 14 days, 05/24/21 23:59:00 PDT, PCR COVID TEST

**Follow Up RN 30**
05/11/21 8:00:00 PDT, Care Management, 90 days, 05/11/21 23:59:00 PDT, Interfacility Transfer Nursing Visit

**Follow Up RN 30**
02/25/21 0:01:00 PST, Care Management, 90 days, 05/25/21 23:59:00 PDT, Interfacility Transfer Nursing Visit

**Medical Chronic Care (CCP) Follow Up 20**
02/05/21 0:01:00 PST, Other Reasons (No SUDT/MAT), 180 days, 08/05/21 23:59:00 PDT, Prehypertension

**Medical Return from Higher Level of Care Follow Up 40**

EXHIBIT-G          (pg. 1)

Rule Violation Report (RVR) Dated  05/06/2021

On B-Yard building 5  by Defendant J.Nuñez-Ruiz.

**CALIFORNIA DEPARTMENT of**
**Corrections and Rehabilitation**

# RULES VIOLATION REPORT

| CDC NUMBER BA9087 | INMATE'S NAME SANCHEZ, ANTHONY | MEPD 07/28/2137 | FACILITY WSP-Facility D | HOUSING LOCATION WSP-D - D 005 1 - 115001L |
|---|---|---|---|---|
| VIOLATION DATE 05/06/2021 | VIOLATION TIME 20:23:00 | VIOLATION LOCATION WSP-Facility D - CELL | | WITH STG NEXUS No |

Did the reporting employee ensure the inmate understands (to the best of his/her ability) the consequences of the continued misconduct? N/A

Did the reporting employee take into consideration the severity of the inmate's disability and the need for adaptive support services when determining the method of discipline? N/A

CIRCUMSTANCES OF VIOLATION

On Thursday, May 6, 2021, at approximately 2023 hours, while assigned as D5 Floor 2 Officer, I conducted a cell search of cell FDB5-115 occupied by Inmates SANCHEZ (BA9087 / FDB5-115L) and RODAS (BN3197 / FDB5-115U). Both inmates were removed from the cell earlier due to inmate SANCHEZ being involved in a Code 1 Medical emergency. While both inmates out of the cell, I entered the cell and conducted a cell search. During my search, while I was searching inmate SANCHEZ lower bunk locker, I discovered an inmate manufactured syringe which was hidden inside a state issued envelope. I retrieved the contraband and carefully secured it in my right cargo pocket, while maintaining sole possession of the inmate manufactured syringe. I continued with my search. While searching the locker I was able to identify personal property (legal paperwork) belonging to inmate SANCHEZ. I completed my cell search with no further contraband discovered. I reported to the Facility-D Program Office where I advised Sergeant A. Toral of my findings, and he verified it was an inmate manufactured syringe. I then processed the contraband by taking 2 evidence photographs of the inmate manufactured syringe. I then placed the contraband in a sharps container and submitted it into Complex Control sub evidence locker #9 at approximately 2155 hours.

PERNR#110053

| REPORTING EMPLOYEE J. Nunez-Ruiz | TITLE C/O | ASSIGNMENT FDB5 FLOOR 1 | RDO S/M | DATE: 05/12/2021 |
|---|---|---|---|---|

| | |
|---|---|
| RVR LOG NUMBER:  000000007087096 | VIOLATED RULE NUMBER:  3016(c) |
| SPECIFIC ACT:  Unauthorized possession of drug paraphernalia | |

| CLASSIFICATION | |
|---|---|
| LEVEL:  Serious | OFFENSE DIVISION:  Division C |
| REFERRED TO:  Senior Hearing Officer | FELONY PROSECUTION LIKELY:  No |

40

EXHIBIT·H          (pgs. 1-3)

Reporters Transcript of Witness/now ~~Juan~~
Defendant Marina Muro stating she was at the incident
November 13, 2016 and she considers her co-workers "brothers".

```
 1                        --oOo--
 2            OFFICER MARINA MURO
 3     (called, sworn, and testifies as follows:)
 4                        --oOo--
 5          THE CLERK:  Thank you.
 6          THE COURT:  Go ahead and have a seat.  I notice
 7  you brought some paperwork with you.
 8          THE WITNESS:  Yes.
 9          THE COURT:  I appreciate you being prepared.
10  Looks like you've already been through the drill.  You've
11  got it face down.  You're nodding yes.  So I'll skip my
12  normal colloquy about refreshing recollection.
13          And your witness, Mr. Starr.
14                  DIRECT EXAMINATION
15  BY MR. STARR:
16     Q.   Can you please state your name and spell it.
17     A.   First name M-A-R-I-N-A.
18     Q.   Last name?
19     A.   M-U-R-O.
20     Q.   How are you employed?
21     A.   Correctional officer at Wasco State Prison
22  Reception Center.
23     Q.   Is Wasco State Prison Reception Center in Kern
24  County?
25     A.   Yes.
26     Q.   And were you working at Wasco State Prison on
27  November 13th of 2016?
28     A.   Yes.
                          44
```

1    Q.    Okay.  You referred to him as your partner?

2    A.    Yes.

3    Q.    Can you describe what you meant by that?

4    A.    He's my partner.  My co-worker.

5    Q.    Okay.  When you say partner, do you mean you do

6    tasks with him together?

7    A.    No.

8    Q.    Or just that he's another --

9    A.    He's just another co-worker.  I refer to him as

10   partners or brothers.

11   Q.    Okay.  All of them, you refer to them that way?

12   A.    Yes.

13   Q.    It's not like you were working as a two-man team

14   that day?

15   A.    No.

16        MS. LEE:  That's all I have.  Thank you.

17        THE COURT:  Mr. Chase.

18        MR. CHASE:  No questions, Your Honor.

19        THE COURT:  Thank you.

20        Any redirect, Mr. Starr?

21        MR. STARR:  No, Your Honor.

22        THE COURT:  May this witness be excused?

23        MR. STARR:  Yes, Your Honor.

24        THE COURT:  Ms. Lee.

25        MS. LEE:  Yes.

26        THE COURT:  Mr. Chase.

27        MR. CHASE:  Yes.

28        THE COURT:  All right.  Thank you, ma'am.  If I

45

# EXHIBIT-I                    (pgs 1-3)

Third level responce and grievance from Health Care Services Dated 07/14/21 and 05/17/21. ~~Defendant~~ Plaintiff acknowledges injury and even a little bit on how it was recieved and what Doctor said.

 CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES


### Institutional Level Response

**Closing Date:**   JUL 1 6 2021

**To:**   SANCHEZ, ANTHONY (BA9087)
03C005 1144001LP
California State Prison – Corcoran
P.O. Box 8800
Corcoran, CA 93212-8309

**Tracking #:**   WSP HC 21000619

## RULES AND REGULATIONS
The rules governing these issues are:  California Code of Regulations, Title 15; Health Care Department Operations Manual; Mental Health Services Delivery System Program Guide; California Department of Corrections and Rehabilitation Department Operations Manual.

## HEALTH CARE GRIEVANCE SUMMARY
In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

| Issue | Description |
|---|---|
| Issue:   Diagnostic ( MRI ) | MRI of hand due to continued numbness and tingling. |

## INTERVIEW
Pursuant to California Code of Regulations, Title 15, Section 3999.228(f)(1), an interview was not conducted as you did not request one by initialing the appropriate box on the CDCR 602 HC, Health Care Grievance.

## INSTITUTIONAL LEVEL DISPOSITION

[X]  No intervention.      [ ]  Intervention.

## BASIS FOR INSTITUTIONAL LEVEL DISPOSITION
Your health care grievance package and health record, and all pertinent departmental policies and procedures were reviewed.  These records indicate:

On May 9, 2021, the Registered Nurse (RN) triaged a CDCR 7362 Health Care Services Request Form complaining of left hand swelling and numbness.

On May 10, 2021, you were evaluated by the RN.  A physical examination was normal, and the RN consulted with the Primary Care Provider (PCP).  Topical capsaicin cream was continued, and orders were received for an x-ray and follow-up with the PCP.

On May 11, 2021, a left hand x-ray was obtained with normal results, and no acute osseous abnormalities identified.

---

Note 1:  The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2:  The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3:  Permanent health care grievance document.  Do not remove from the health care grievance package.

47

HEALTH CARE SERVICES

On May 12, 2021, you were evaluated by the PCP.  You denied any pain, and a physical examination was normal with no indication that a MRI was required.

On May 24, 2021, the RN triaged a CDCR 7362 Health Care Services Request Form complaining of continued left hand numbness, tingling, and a burning sensation.  You were evaluated by the RN, and denied any pain.  A physical examination noted that circulation was intact with no swelling, bruising, or discoloration.  You were able to move all your fingers and make a fist without difficulty.  You were referred to the PCP for follow-up.

On May 28, 2021, you transferred to California State Prison- Corcoran prior to being evaluated by the PCP at Wasco State Prison-Reception Center.

On May 31, 2021, the RN triaged a CDCR 7362 Health Care Services Request Form with a continued complaint of left hand numbness and tingling.

On June 2, 2021, you were evaluated by the RN.  You complained of less control and a limited range of movement to your left hand.  A physical examination noted no musculoskeletal abnormalities, but noted difficulty grasping objects with your left hand.  You were referred to the PCP for follow-up.

On June 23, 2021, you were evaluated by the PCP.  A physical examination was normal noting no swelling, redness, or tenderness and a normal range of movement.  You were educated that there was no indication for a MRI at this time.

Your medical condition will continue to be monitored with care provided as determined medically or clinically indicated by the primary care provider. If you have additional health care needs, you may access health care services by utilizing the approved processes in accordance with California Correctional Health Care Services policy.

While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers.  You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care.  However, California law directs your health care providers to offer and provide only the care they determine to be currently medically or clinically necessary for you, in accordance with appropriate policies and procedures.  Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

If you are dissatisfied with the Institutional Level Response, follow the instructions on the CDCR 602 HC, Health Care Grievance, and submit the entire health care grievance package for headquarters' level review. The headquarters' level review constitutes the final disposition on your health care grievance and exhausts your administrative remedies.

7/15/2021
Reviewed and Signed Date

A. YOUSSEF, M. D.
Chief Medical Executive
Wasco State Prison-RC

Note 1:  The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2:  The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3:  Permanent health care grievance document.  Do not remove from the health care grievance package.

CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE**
CDCR 602 HC (Rev. 10/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 1 of 2

| STAFF USE ONLY | Expedited? ☐ Yes ☒ No | Tracking #: WSP HC 21000619 |
|---|---|---|

R. BARRENA RN
Health Care Appeals RN

Staff Name and Title (Print) _____ Signature _~Barrena RN~_ Date 5/19/21

If you think you have a medical, mental health or dental emergency, notify staff immediately. If additional space is needed, use Section A of the CDCR 602 HC A Health Care Grievance Attachment. Only one CDCR 602 HC A will be accepted. You must submit this health care grievance to the Health Care Grievance Office for processing. Refer to California Code of Regulations (CCR), Title 15, Chapter 2, Subchapter 2, Article 5 for further guidance with the health care grievance process.

Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First, MI): Sanchez Anthony Alex | CDCR #: BA9087 | Unit/Cell #: B5 |
|---|---|---|

**SECTION A:** Explain the applied health care policy, decision, action, condition, or omission that has had a material adverse effect upon your health or welfare for which you seek administrative remedy:

I need a Mri on my hand on 05/06
I went to the hospital an after I seen the medical
staff an docter. I was Xrayed but my hand
is still numb an has a tingling feeling.
I need a MRI an the Docter just said
it'll get better. I told him I was strapped
to a orange board an my hands were cuffed behind
my back.

Supporting Documents Attached. Refer to CCR 3999.227  ☐ Yes  ☒ No

Grievant Signature: _~signature~_   Date Submitted: 05/17/21

BY PLACING MY INITIALS IN THIS BOX, I REQUEST TO RECEIVE AN INTERVIEW AT THE INSTITUTIONAL LEVEL. [ ]

**SECTION B: HEALTH CARE GRIEVANCE REVIEW INSTITUTIONAL LEVEL: Staff Use Only**   Is a CDCR 602 HC A attached? ☐ Yes ☒ No

This grievance has been:

☐ Rejected (See attached letter for instruction): Date: _____ Date: _____

☐ Withdrawn (see section E)

☒ Accepted   Assigned To R. Barrena   Title: Hcarn   Date Assigned: 5-20-21   Date Due: 7-22-21

Interview Conducted?   ☐ Yes ☒ No   Date of Interview: N/A   Interview Location: N/A

Interviewer Name and Title (print): N/A   Signature: N/A   Date: N/A

Reviewing Authority
Name and Title (print): Dr. A. Youssef, CME   Signature: _~signature~_   Date: 7/15/2021

Disposition: See attached letter   ☐ Intervention   ☒ No Intervention

HCGO Use Only: Date closed and mailed/delivered to grievant: JUL 16 2021

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: |
|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ Patient asked questions |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ Patient summed information |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | Please check one: |
| ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached* ☐ Reached |
| ☐ Not Applicable | ☐ Other* | *See chrono/notes |

4. Comments:

RECEIVED WSP MAY 1 8 2021 HCGO     COMPLETED WSP JUL 16 2021 HCGO     STAFF USE ONLY

# EXHIBIT-J          (pgs 1-3)

Inmate Request For Interview to Law Librarian
Parks here in CSP at Corcoran because of
issue with access to Law Library Dated 08/18 and 10/3/2021.

STATE OF CALIFORNIA
**INMATE REQUEST FOR INTERVIEW**                                    DEPARTMENT OF CORRECTIONS & REHABILITATION
GA-22 (Rev. 10/13)

# INMATE REQUEST FOR INTERVIEW

| DATE 10/03/21 | TO 3C LIBRARIAN Ross | FROM (LAST NAME) A. SANCHEZ | CDCR NUMBER BA9087 |
|---|---|---|---|

| HOUSING 4A4L-# | BED NUMBER 17 | WORK ASSIGNMENT | JOB NUMBER FROM          TO |
|---|---|---|---|

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | | | ASSIGNMENT HOURS FROM          TO |
|---|---|---|---|

You will be called in for interview in the near future if the matter cannot be handled by correspondence.
Clearly state your reason for requesting this interview.

I came here to ASU Sept. 24th from 3C I checked out 2 Books
one was Good an Bad Habits on the other was a Dictionary there in
my property an I dont want to be charged for them so can you
Plz get them or? I intend on givin them back I just don't
know how I dont even got my property. Also the last time I attended library.

INTERVIEWED BY   S. Peck, LTA

DO NOT write below this line. If more space is required, write on back.

| DISPOSITION | DATE 10/7/21 |
|---|---|

The day on 3C Yard I became ill, I went home for
the day, I have no control over when you submit your
Case for copy service and mailout. You really should try to
get it done before the last day. I have no control over lock downs either

10.15 minutes in you went to the restroom an never came back so it was cancelled causing me to miss a dead line because I couldn't get copies or the CM-110 form I needed. So can you plz write that day an after how we went on lockdown. I brought it up to c/o Pena but an wrote the GA-22 form but before they picked up mail I was on my way back here.

STATE OF CALIFORNIA
GA-0022 (Rev 2013-10)

DEPARTMENT OF CORRECTIONS & REHABILIATION

# INMATE REQUEST FOR INTERVIEW

| DATE 08/18/21 | TO LAW LIBRARIAN PARKS | | FROM (LAST NAME) A. SANCHEZ | | CDCR NUMBER BA9087 |
|---|---|---|---|---|---|
| HOUSING 3C04-210 | BED NUMBER 210 | WORK ASSIGNMENT | | JOB NUMBER FROM | TO |
| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) I do have Court tommorow in Bakersfield | | | | ASSIGNMENT HOURS FROM | TO |

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Monday the 16 I was scheduled to come in an I wrote request prior to 08/15/21 to attend law library in order to submit an complete Casemanagement Statem is there any reason why I was not able to come into the law library to properly litigate?

**Do NOT write below this line. If more space is required, write on back.**

| INTERVIEWED BY S. Parks, LTA 3C Law Library | DATE 8/18/21 |
|---|---|

DISPOSITION
The Law Library has been closed due to Covid concerns, infrastructure issues and a lack of staffing to provide safety and security of institution. Today 8/18/21 is first day open this month.

# EXHIBIT-K (pgs 1-4)

Rough Draft of 602 Inmate Appeal on Staff
Misconduct dated March 10, 2021, Receipt and
Acknowledgement from CDCR office of Appeals Dated
05/10/2021 and (2) GA-22 Inmate Request to Counselor
attempting to get proof Administrative Remedies have been
exhausted on that topic. Dated 11/01 and 11/09/2021.

54

Staff misconduct

I've filed (2) appeals since my arrival here at ~~Wasco~~ WSP/RC (on 01/22/21)
One which I'm enclosing a copy of (written on ~~January 23 2021~~ 01/23/21
I turned it in the 602 appeal box while being escorted ~~out the~~
building by c/o Muro who is a witness in a current case pending trial
going to Ad-Seg (See ~~placement~~ notice dated 01/24/21) The appeal was re: a deadline
a legal and staff misconduct ~~because~~ the alleged victims in my current
case ~~reinfrunted~~ in attempting to antagonize me ~~stating "start it up"~~.
~~an I cant wait to testify or more~~. I was released from Ad-seg
less than 72 hours later because CPT said I'm "just OTC an
will be transferred soon". On February 9, 2021 I submitted a 602 appeal
re: Access to courts being obstructed. As of today I have received no
receipt which supports that staff have purposely violated my right to
appeal. This is the reason I am submitting this to the Chief of Appeals
because it is clear send it through the mail here it will not be
~~processed~~ will processed. I have been disciplinary free going on
14 months ~~an am~~ eligible to go to a level IV 270 design
while housed at Pelican bay I missed 3 court hearings on
for a civil case regarding an Administrative issue (see Notice of
~~hearing~~ ~~order~~ dated 09/02/2020 from the court Case No. 20C-0132) and
I advised the litigations coordinator at PBSP on my request
was sent back with no reply. My attorney Kate Lee ~~represents~~
my current case which I missed 2 court appearances on
in PBSP (see letter dated 01/25/21 from Kate Lee)
Since being in Wasco I was denied PLU twice after giving
a reasonable explanation that I have none of my property which
includes legal doc's to support deadlines but I wrote PBSP (see CDCR

55

2171 date 02/23/21 ) (See also letter dated F02/09/21
and (See also letter 2/09/21 PBSP ) 2/19/21 )
I was approved PLU 03/03/21 see request dated 03/01/21 and
CDCR 2171 dated 03/03/21. I need my property which include my
legal books, notes and copies of previous court proceedings. The
law library services hire and staff an inadequate compared to the mainline.
I am proper in case No. 706-0132 on a habeas Corpus Case No. HC
016061A. An order was made to staff in PBSP an now I am in WSP see
order dated 02/11/211. which I advised Litigation Coordinator Scott here
in WSP an didn't recieve a response so at 10:30 on 3/10 while in Law Library
I wrote Law Librarian (see request dated 03/10/21)

56

**CALIFORNIA DEPARTMENT of**
**Corrections and Rehabilitation**

# OOG ACKNOWLEDGMENT OF RECEIPT AND CLOSURE OF GRIEVANCE

**Offender Name:** SANCHEZ, ANTHONY          **CDC#:** BA9087

**Date:** 05/10/2021

**Current Location:** WSP-Facility B          **Current Area/Bed:** B 005 2248001L

**From:** Office of Appeals

**Re:** Log # 000000110423

The California Department of Corrections and Rehabilitation Office of Appeals received your grievance on  03/17/2021.  Your grievance has not been assigned for review and response because your claim(s) is being handled as specified below.

**Claim # 001:**

Our office reassigned your claim concerning General Employee Performance; Other Staff Misconduct - NOS to the Office of Grievances at Wasco State Prison.

The Office of Grievances at Wasco State Prison will provide a response to your claim on or before 05/17/2021.

Once you receive a response from Wasco State Prison and if you are dissatisfied with the decision, you may file an appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

CDCR SOMS OGTT300
OOG ACKNOWLEDGMENT OF RECEIPT AND CLOSURE OF GRIEVANCE

51

CDCR SOMS OGTT300 - OOG Offender Grievance Receipt Acknowledgement

STATE OF CALIFORNIA
INMATE REQUEST FOR INTERVIEW
DEPARTMENT OF CORRECTIONS & REHABILITATION
GA-22 (Rev. 10/13)

# INMATE REQUEST FOR INTERVIEW

| DATE 11/01/21 | TO CCI CHAVEZ | | FROM (LAST NAME) A. SANCHEZ | CDCR NUMBER BA9087 |
|---|---|---|---|---|
| HOUSING 4A3R | BED NUMBER 62 | WORK ASSIGNMENT | JOB NUMBER FROM | TO |
| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | | | ASSIGNMENT HOURS FROM | TO |

Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Can't get a copy of the 3rd level responce for an Appeal I submitted in wasco in March of this year for staff misconduct and a copy of the appeal also my classification chrono for my Annual committee that happen on thursday. Its important I get it as soon as time allows. Thank You.
(It may seem like a lot but its not a olsen review.)

Do NOT write below this line. If more space is required, write on back.

INTERVIEWED BY
DISPOSITION   J. Madrigal
I've ATTACHED THE 128G1 for your Annual. For THE APPEAL PLEASE provide A DATE And log #. Thank you

DATE 11.8.21

GA-22 (Rev. 10/13)

# INMATE REQUEST FOR INTERVIEW

| DATE 11/09/21 | TO CCI CHAVEZ | | FROM (LAST NAME) A SANCHEZ | CDCR NUMBER EA9087 |
|---|---|---|---|---|
| HOUSING 4A3R | BED NUMBER 62 | WORK ASSIGNMENT | JOB NUMBER FROM | TO |
| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | | | ASSIGNMENT HOURS FROM | TO |

Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

I wrote You about a 602 appeal I need a copy of the 3rd level responce. I need it yesterday — the log# 110423 it was recieved in CDCR office of appeals 03/17/21 while I was at WSP/RC re: Staff Misconduct. I need this As soon as possible. Thank You. Its for Court.

Do NOT write below this line. If more space is required, write on back.

INTERVIEWED BY
DISPOSITION   J. Madrigal
PLEASE SEND THE DATE OF THE APPEAL & log #. Looked UP EMS & THERE IS NO APPEAL W/ that #.

DATE 11.16.21

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Anthony A. Sanchez,
        PLAINTIFF,

        V.

Marina Muro et al

        Defendant(s)

PLAINTIFF'S FIRST REQUEST FOR
 PRODUCTION OF DOCUMENTS

Civil Action No.

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff requests that Defendants (c/o's)
Marina Muro, Ramirez, Perez, and J. Nunez-~~Nunez~~ Ruiz produce for inspection and copying the
following documents:

1. Correctional Officer Ramirez who worked in WSP/RC on B-yard building 6 This
year from (2021) ~~from~~ February to May. Plaintiff request his full name for this complaint
and his work schedule and position from February to May of 2021.

2. Correctional Officer, Perez who worked in WSP/RC on D-yard, building 5 (specifically on
on April 26, 2021). Plaintiff request his work schedule and position from April to May and
his position and full name for this complaint.

3. Correctional Officer J. Nunez-Ruiz who worked in WSP/RC on D-yard building 5
(specifically on May 5 and 6 of 2021). Plaintiff request his work schedule and position
from April to May, his full name for complaint and every other floor officer who
~~who~~ worked with Mr. Nunez-Ruiz from April to May and specifically May 6, 2021.
Plaintiff request their full names as well for future discovery.

4. All written or typed statements identifiable as reports about incident on May 6
2021 made by California Department of Corrections and Rehabilitation (CDCR)
employees and/or witnesses.

5. Plaintiff also request of any and all copies of all 602 inmate appeals ~~submitted~~ and responses

55

1  from Defendant and Grievance Coordinator B Keyfawer from January to May of

2  2021 In WSP/RC (considering Under the PLRA, an inmate may not pursue a claim in court

3  unless the inmate has given prison authorities an opportunity to consider the grievance.

4  Booth v. Churner 532 US.731, 733-34 (2001); 42 USC. § 1997e(a).

5  6. Plaintiff requests Correctional Counselor and Grievance Coordinator B. Keyfawer

6  full name, work schedule and position from January to May in 2021 and

7  who was his assistant during that time in WSP/RC.

8  7. Any and all medical records to do with hand/arm injury from May

9  til November of Plaintiff from CDCR in 2021

10  8. Any and all rules, and regulations, and policies of CDCR Medical

11  emergency codes  and Wasco State Prison 2021 Operation of Procedure.

12  9. These requests are essential to continue litigation, support the

13  facts of complaint and retrieve in the interest of justice

15  Dated 10/26/21

16  [signature]

17  Anthony A. Sanchez

18  In Pro Per

28  61