UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY A. SANCHEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MARINA MURO, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-01770-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR COPY OF COMPLAINT<br><br>(ECF No. 12)<br><br>ORDER DIRECTING CLERK TO SERVE PLAINTIFF WITH A COPY OF PLAINTIFF'S COMPLAINT (ECF NO. 1), PLAINTIFF'S MOTION TO APPOINT COUNSEL (ECF NO. 3), AND THE SCREENING ORDER (ECF NO. 11) |

　　　　Anthony Sanchez ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action.

　　　　On April 6, 2022, Plaintiff filed a notice of change of address and a request for a copy of his complaint. (ECF No. 12). Plaintiff states that he was transferred to Kern Valley State Prison on March 21, 2022. Plaintiff also states that on December 7, 2021, he sent his complaint and other documents (including an application to proceed *in forma pauperis* and a motion for appointment of pro bono counsel) to the law library to be e-filed and copied. However, Plaintiff was transferred on December 8, 2021, and never received a copy of the documents. Plaintiff filed an appeal on February 17, 2022, requesting a copy of the documents, but he has not received

them. Plaintiff asks the Court to send him a copy of the documents he submitted on December 7, 2021.[1]

The Court does not ordinarily provide free copies of documents to litigants. Instead, if a litigant wants a copy a document on the Court's docket, along with his or her request the litigant must provide payment to the Court of fifty cents per page. 28 U.S.C. § 1914; Judicial Conference Schedule of Fees ¶ 4(a) (the fee "[f]or reproducing any record and providing a copy in paper form [is] $.50 per page."). Nevertheless, the Court will make an exception in this case and will grant Plaintiff's request for a copy of the documents he submitted on December 7, 2021. As Plaintiff stated that he was transferred to Kern Valley State Prison on March 21, 2022, the Court will also direct the Clerk of Court to serve Plaintiff with a copy of the screening order, which was issued on March 21, 2022, and sent to Plaintiff's prior address.

Accordingly, IT IS ORDERED that:

1. Plaintiff's request for a copy of the complaint is granted; and
2. The Clerk of Court is directed to serve Plaintiff with a copy of his complaint (ECF No. 1), his motion to appoint counsel (ECF No. 3), and the screening order (ECF No. 11).[2]

IT IS SO ORDERED.

Dated: **April 8, 2022**         /s/ Erica P. Grosjean
                                 UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff also mentions that he mistakenly sent a notice regarding a habeas petition to this Court, but it is not clear what, if anything, Plaintiff wants the Court to do with this information. The Court notes that no such notice was docketed in this case.

[2] The Court is not sending Plaintiff a copy of his application to proceed *in forma pauperis* because Plaintiff stated that he received a copy of his application to proceed *in forma pauperis* with the Court's order granting it.