UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY A. SANCHEZ,<br><br>             Plaintiff,<br><br>     v.<br><br>MARINA MURO, et al.,<br><br>             Defendants. | No. 1:21-cv-01770-ADA-EPG (PC)<br><br>ORDER ADOPTING SCREENING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 18, 19) |

Anthony A. Sanchez ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 15, 2022, the assigned Magistrate Judge entered findings and recommendations, recommending that this case proceed on Plaintiff's Eighth Amendment excessive force claim against defendants Nunez-Ruiz, Calvo, John Doe 3 (a Correctional Officer), and Jane Doe 4 (a Nurse); Plaintiff's Eighth Amendment failure to protect claim against defendants Nunez-Ruiz and John Doe 3 (a Correctional Officer); and Plaintiff's Fourteenth Amendment claim for unwanted medical treatment against defendant Jane Doe 4 (a Nurse). (ECF No. 19 at 22). The assigned Magistrate Judge also recommended that all other claims be dismissed for failure to state a claim. (*Id.*)

Plaintiff was provided an opportunity to file objections to the findings and

1

1 recommendations within twenty-one (21) days of service of the findings and recommendation. (ECF No. 19 at 22-23.)  The deadline for filing objections has passed, and Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on September 15, 2022, (ECF No. 19), are adopted in full;
2. This case proceeds on Plaintiff's Eighth Amendment excessive force claim against defendants Nunez-Ruiz, Calvo, John Doe 3 (a Correctional Officer), and Jane Doe 4 (a Nurse); Plaintiff's Eighth Amendment failure to protect claim against defendants Nunez-Ruiz and John Doe 3 (a Correctional Officer); and Plaintiff's Fourteenth Amendment claim for unwanted medical treatment against defendant Jane Doe 4 (a Nurse);
3. All other claims are dismissed for failure to state a claim; and
4. The Clerk of Court is directed to reflect the dismissal of defendants Muro, Perez, and Keyfaurer on the Court's docket, and to add defendants Calvo, John Doe 3 (a Correctional Officer) and Jane Doe 4 (a Nurse).

IT IS SO ORDERED.

Dated:   November 18, 2022

_____
UNITED STATES DISTRICT JUDGE