UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY A. SANCHEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>J. NUNEZ-RUIZ, et al.,<br><br>        Defendants. | Case No. 1:21-cv-01770-ADA-EPG (PC)<br><br>ORDER STRIKING PLAINTIFF'S ANSWER TO COUNTERCLAIM AND REQUEST FOR PRODUCTION OF DOCUMENTS<br><br>(ECF No. 30) |

      Anthony A. Sanchez ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On February 10, 2023, defendants Nunez-Ruiz and Calvo ("Defendants") filed an answer to Plaintiff's First Amended Complaint. (ECF No. 28). On March 7, 2023, Plaintiff filed an answer to counterclaim and request for production of documents. (ECF No. 30).

      For the foregoing reasons, the Court will strike Plaintiff's March 7, 2023 filing.

      Pursuant to Rule 7(a), "[o]nly these pleadings are allowed: (1) a complaint; (2) an answer to a complaint; (3) an answer to a counterclaim designated as a counterclaim; (4) an answer to a crossclaim; (5) a third-party complaint; (6) an answer to a third-party complaint; and (7) if the court orders one, a reply to an answer."

      While an answer to a counterclaim is allowed, Defendants did not file a counterclaim. (See ECF No. 28). Moreover, the Court has not ordered a reply to Defendants' answer and

declines to make such an order.  Finally, Plaintiff's filing does not fit into any other category.  Therefore, the Court will strike Plaintiff's answer to counterclaim.

As to Plaintiff's discovery requests, which are also included in the filing, they are premature because discovery has not yet been opened.[1]  Moreover, once discovery is opened, discovery requests and responses should be sent to the opposing part(ies), or their counsel if represented.  They should not be filed with the Court.  Therefore, the Court will strike Plaintiff's discovery requests as well.

Accordingly, Plaintiff's answer to counterclaim and request for production of documents (ECF No. 30) is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

Dated:  **March 14, 2023**              /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] The Court has directed the parties to exchange certain relevant documents prior to the May 17, 2023 settlement conference.  (See ECF No. 25).  However, the Court has not opened discovery and will not do so until after the settlement conference, if necessary.

2