1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  JOANNA B. HOOD, State Bar No. 264078
   Supervising Deputy Attorney General
3  PATRICIA M. KEALY, State Bar No. 348201
   Deputy Attorney General
4  1300 I Street, Suite 125
   P.O. Box 944255
5  Sacramento, CA  94244-2550
    Telephone:  (916) 210-7366
6   Facsimile:  (916) 324-5205
    E-mail: Patricia.Kealy@doj.ca.gov
7  *Attorneys for Defendants*
   *E. Calvo and J. Nunez-Ruiz*
8

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| ANTHONY A. SANCHEZ,<br><br>Plaintiff,<br><br>v.<br><br>J. NUNEZ-RUIZ, et al.,<br><br>Defendants. | Case No. 1:21-cv-01770-EPG<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>(Fed. R. Civ. P. 41(a)(1)(A)(ii)) |
|---|---|

///

///

///

1

1 | Plaintiff Anthony A. Sanchez and Defendants J. Nunez-Ruiz and E. Calvo have resolved
2 | this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice
3 | under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).
4 | Each party shall bear its own litigation costs and attorney's fees.
5 | It is so stipulated.

Dated: 06/01/23

_____
Anthony A. Sanchez
Plaintiff

Dated: 06/07/2023

/s/ Patricia M. Kealy
_____
Patricia M. Kealy
Deputy Attorney General
California Attorney General's Office
Attorney for Defendants
J. Nunez-Ruiz and E. Calvo

SA2022305836
37219070.docx

2

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (1:21-cv-01770-EPG)

# CERTIFICATE OF SERVICE

Case Name: **Anthony A. Sanchez (BA9087) v. Marina Muro, et al.,**    No. **1:21-cv-01770-EPG (PC)**

I hereby certify that on June 7, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on June 7, 2023, at Sacramento, California.

| T. Farster | /s/ T. Farster |
|---|---|
| Declarant for eFiling | Signature |

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On June 7, 2023, the foregoing document(s) have been mailed in the Office of the Attorney General's internal mail system, by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Anthony A. Sanchez
BA9087
Kern Valley State Prison
P.O. Box 5101
Delano, CA 93216
**In Pro Per**

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on June 7, 2023, at Sacramento, California.

| **I. Martinez** | /s/ I. Martinez |
|---|---|
| Declarant for Service by U.S. Mail | Signature |

SA2022305836
37248350.docx