UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY A. SANCHEZ,<br><br>      Plaintiff,<br><br>   v.<br><br>J. NUNEZ-RUIZ, et al.,<br><br>      Defendants. | Case No. 1:21-cv-01770-ADA-EPG (PC)<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 40) |

On June 7, 2023, the parties filed a joint stipulation dismissing this action with prejudice and with each party bearing its own costs and attorneys' fees. (ECF No. 40). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs or attorneys' fees. Accordingly, the Clerk of Court is directed to close this case. However, the Court retains jurisdiction over the litigation to enforce the terms of the parties' settlement agreement. (*See* ECF No. 38).

IT IS SO ORDERED.

   Dated:   **June 13, 2023**                      /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE

1