ROB BONTA, State Bar No. 202668
Attorney General of California
JOANNA B. HOOD, State Bar No. 264078
Supervising Deputy Attorney General
PATRICIA M. KEALY, State Bar No. 348201
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7366
 Fax: (916) 324-5205
 E-mail: Patricia.Kealy@doj.ca.gov
*Attorneys for Defendants*
*E. Calvo and J. Nunez-Ruiz*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ANTHONY A. SANCHEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>J. NUNEZ-RUIZ, et al.,<br><br>　　　　　Defendants. | 1:21-cv-01770-EPG (PC)<br><br>**DEFENDANTS' NOTICE OF COMPLETION OF SETTLEMENT PAPERWORK**<br><br>Judge:　　　　The Honorable Erica P. Grosjean<br>Trial Date:　　Not Set<br>Action Filed:　December 16, 2021 |

///

///

///

1

Defs.' Notice of Completion of Settlement Paperwork  (1:21-cv-01770-EPG (PC))

Pursuant to the Court's amended minutes for the settlement conference held on May 24, 2023 (ECF No. 39), Defendants hereby notify the Court that all required parties have completed the long-form settlement agreement. On June 25, 2023, defense counsel sent the settlement agreement and related paperwork to Plaintiff for completion via First Class U.S. Mail. On June 7, 2023, defense counsel received the settlement agreement and related paperwork signed and completed by Plaintiff. The stipulation for voluntary dismissal with prejudice was filed on the same day. (ECF No. 40.) On June 8, 2023, defense counsel signed the settlement agreement on behalf of the Defendants and sent the agreement and related paperwork to the California Department of Corrections and Rehabilitation (CDCR) settlement coordinator for completion. On June 22, 2023, CDCR's Assistant General Counsel signed and returned the settlement agreement to defense counsel, ensuring that all required parties completed the agreement within thirty days of the May 24, 2023 settlement conference.

Dated: July 6, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
JOANNA B. HOOD
Supervising Deputy Attorney General

*/s/ Patricia M. Kealy*

PATRICIA M. KEALY
Deputy Attorney General
*Attorneys for Defendants*
*E. Calvo and J. Nunez-Ruiz*

SA2022305836
37289436.docx

2

Defs.' Notice of Completion of Settlement Paperwork  (1:21-cv-01770-EPG (PC))

# CERTIFICATE OF SERVICE

Case Name:  **Anthony A. Sanchez (BA9087) v. Marina Muro, et al.,**   No.  **1:21-cv-01770-EPG (PC)**

I hereby certify that on <u>July 6, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' NOTICE OF COMPLETION OF SETTLEMENT PAPERWORK**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>July 6, 2023</u>, at Sacramento, California.

| T. Farster | */s/ T. Farster* |
|---|---|
| Declarant for eFiling | Signature |

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>July 6, 2023</u>, the foregoing document(s) have been mailed in the Office of the Attorney General's internal mail system, by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Anthony A. Sanchez
#BA9087
Kern Valley State Prison
P.O. Box 5101
Delano, CA 93216
**In Pro Per**

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>July 6, 2023</u>, at Sacramento, California.

| J. Ramirez-Gracia | *J. Ramirez-Gracia* |
|---|---|
| Declarant for Service by U.S. Mail | Signature |

SA2022305836
37321184.docx